UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELOY GARCIA, )<br>)<br>Defendant. ) | 2:10-CR-454-JCM (GWF) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ELOY GARCIA**

On November 3, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) forfeiting property of defendant ELOY GARCIA to the United States of America. Docket #108.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and (a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#108) is final as to defendant ELOY GARCIA.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE